**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **KEVIN BURNS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     )<br>                                                     )<br>                          Plaintiff,      )<br>                                                     )<br>               v.                                 )<br>                                                     )<br>**KEVIN BURNS,**                              )<br>                                                     )<br>                          Defendant,   )<br>_____ ) | Crim. S-07-0157 FCD<br><br>**STIPULATION AND ORDER THEREON**<br><br>(Continuing Sentencing to 1/28/08) |

It is hereby stipulated between counsel for the government and the defendant that the Sentencing presently scheduled for January 14, 2008 may be continued until January 28, 2008 at 10:00 a.m. This continuance is requested to allow defense counsel and probation additional time to prepare the final pre-sentence report.

Dated: January 8, 2008                                              Dated: January 8, 2008

 / s / Steven D. Bauer                                                / s / Michael Beckwith

**STEVEN D. BAUER**                                          **MICHAEL BECKWITH**
Attorney for Defendant                                           Assistant United States Attorney

**IT IS SO ORDERED**

Dated: January 9, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE