**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **KEVIN BURNS**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       )<br>                                    )<br>           Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>**KEVIN BURNS**,                      )<br>                                    )<br>           Defendant,              )<br>_____ ) | 2:07-CR-0157 FCD<br><br>**STIPULATION AND ORDER THEREON**<br><br>(Continuing Sentencing to 2/19/08) |

It is hereby stipulated between counsel for the government and the defendant that the sentencing presently scheduled for February 4, 2008 may be continued to February 19, 2008 at 10;00 a.m. This continuance is requested to allow defense counsel time t0 prepare a sentencing memorandum as well as to permit the government an opportunity to respond thereto.

Dated:  February 1, 2008                                Dated:   February 1, 2008

/ s / Michael Beckwith                                  / s / Steven D. Bauer

**MICHAEL BECKWITH**                                    **STEVEN D. BAUER**
Assistant United States Attorney                         Attorney for Defendant

IT IS SO ORDERED.

DATED: February 1, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE