**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **KEVIN BURNS**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **KEVIN BURNS**, ) <br> ) <br> Defendant, ) <br> ───────────────────────── ) | Crim. S-07-0157 FCD <br><br> **STIPULATION AND ORDER THEREON** <br><br> (Continuing Sentencing to 2/25/08) |

It is hereby stipulated between counsel for the government and the defendant that the sentencing presently scheduled for February 19, 2008 may be continued to February 25, 2008 at 10:00 a.m. This continuance is requested to allow defense counsel time to prepare a sentencing memorandum as well as to permit the government an opportunity to respond thereto.

Dated: February 12, 2008                                    Dated: February 12, 2008

/ s / Michael Beckwith                                            / s / Steven D. Bauer

**MICHAEL BECKWITH**                                      **STEVEN D. BAUER**
Assistant United States Attorney                           Attorney for Defendant

(Order on Following Page)

1 | For Good Cause Appearing

2 | **IT IS SO ORDERED**

3 | Dated: February 12, 2008

4 |                           FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE